**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ] | |
|        **Appellee**       ] | |
| ] | |
|    V.       ] | Cr. No. No. 16-4284 |
| ] | |
| **DAE KO**       ] | |
|        **Appellant**       ] | |
| ] | |

**<u>MOTION TO EXCEED 250 SHEET LIMIT FOR JOINT APPENDIX</u>**

NOW COME the Appellant, by and through counsel, and move this Court to expand the page limitations for the joint appendix to allow a joint appendix of 1344 pages.

1. This case arises from convictions of multiple charges involving a multiple jurisdictional Bank Fraud spanning multiple years and the imposition of a lengthy sentence after a jury trial in the United States District Court for the Eastern District of Virginia.

2. The Appellant proceeded to trial with appointed counsel under the Criminal Justice Act and remain indigent for the purposes of the CJA.

3. The Appellant have raised claims a denial of post trial motion for directed

verdict which is essentially the sufficiency of the evidence to support his convictions. The brief includes multiple claims related to the trial and sentencing.

4. The majority of the Joint Appendix includes the governments exhibits that were admitted at trial. Due to the fact that charges alleged are Bank Fraud, the trial was a paper exhibit intensive trial. It not possible for the Appeal's Court to consider such a claim with out reviewing the evidence admitted by the trial court.

5. The parties agreed to the contents of the joint appendix.

6. The joint appendix as agreed to by counsel is 1344 pages, including indexes and tables and is bound in four volumes. The parties have included the materials from the lower court record that are necessary for this Court to evaluate the issues raised in the briefs.

7. The undersigned respectfully requests that the Court approve an expanded joint appendix to 1344 pages, which is 672 double-sided sheets.

    WHEREFORE, the Appellant respectfully requests this Honorable Court authorize the expanded Joint Appendix.

                                       Respectfully Submitted
                                       Dae Ko
                                       BY COUNSEL

_____-S-_____
Douglas A. Steinberg
Law Offices of Douglas A. Steinberg
Counsel for the Mr. Ko
107 North Payne Street
Alexandria, Virginia  22314
(703) 683-5328
(703) 684-1482
dasteinberg@comcast.net
VSB # 39333

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 30th day of August, 2016, which will send a notification of such filing (NEF) to the following: to all counsel of record.

_____-S-_____
Douglas A. Steinberg
Law Offices of Douglas A. Steinberg
Counsel for the Mr. Ko
107 North Payne Street
Alexandria, Virginia  22314
(703) 683-5328
(703) 684-1482
dasteinberg@comcast.net
VSB # 39333